UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
ERIC FITZPATRICK, on behalf of himself,                          :
individually, and on behalf of all others similarly-             :
situated,                                                        :
                                                                 :
                                                                 :  Docket No.: 1:18-cv-00211 (JGK)
                       Plaintiff,                                :
                                                                 :
       -against-                                                 :
                                                                 :
                                                                 :
PARKCHESTER DEPARTMENT OF PUBLIC                                 :
SAFETY LLC d/b/a PARKCHESTER DPS LLC,                            :
                                                                 :
                       Defendant.                                :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF NAMED PLAINTIFF'S CONSENT MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF NAMED PLAINTIFF AS CLASS REPRESENTATIVE, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION <u>SETTLEMENT PROCEDURE</u>**

PLEASE TAKE NOTICE THAT, for the reasons set forth in the Memorandum of Law in Support of Named Plaintiff's Consent Motion for Preliminary Approval of the Settlement, Certification of Settlement Class, Appointment of Named Plaintiff as Class Representative, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement and Class Action Settlement Procedure, and the Declaration of Michael R. Minkoff ("Minkoff Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Named Plaintiff Eric Fitzpatrick respectfully requests that the Court:

1

(1) preliminarily approve the proposed Settlement Agreement, annexed to the Minkoff Decl. as Exhibit A;

(2) approve the proposed Notice of Settlement, annexed to the Minkoff Decl. as Exhibit B;

(3) certify, for settlement purposes only, the following settlement classes, members of which are herein referred to as "Class Members," and are defined as:

    a. under Fed. R. Civ. P. 23(a) and (b)(3), all non-exempt employees employed by Defendant in New York at any time from October 27, 2014 to December 31, 2017, who are subject to the then-applicable collective bargaining agreement between Defendant and Special Patrolman Benevolent Association Local 1; and

    b. under 29 U.S.C. § 216(b), all non-exempt employees employed by Defendant at any time from October 27, 2014 to December 31, 2017, who are subject to the then-applicable collective bargaining agreement between Defendant and Special Patrolman Benevolent Association Local 1, who negotiate their settlement checks to thereby opt-in to this action.

(4) appoint Named Plaintiff Eric Fitzpatrick as Class Representative;

(5) appoint Borrelli & Associates, P.L.L.C. as Class Counsel;

(6) appoint Rust Consulting, Inc. as the Claims Administrator for this settlement;

(7) approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to opt out or file objections to the proposed settlement, and schedule a fairness hearing; and

(8) enter the proposed Order attached to the Minkoff Decl. as Exhibit C.

Dated: New York, New York
January 13, 2020

          Respectfully submitted,

          BORRELLI & ASSOCIATES, P.L.L.C.
          *Attorneys for Plaintiffs*
          655 Third Avenue, Suite 1821
          New York, New York 10017
          Tel.   (212) 679–5000
          Fax.   (212) 679-5005

By: _____
          Michael R. Minkoff, Esq. (MM 4787)
          Alexander T. Coleman, Esq. (AC 1717)
          Michael J. Borrelli, Esq. (MB 8533)