UN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ERIC FITZPATRICK, on behalf of himself, individually, and on behalf of all others similarly-situated,

        Plaintiff,

   -against-

PARKCHESTER DEPARTMENT OF PUBLIC SAFETY LLC d/b/a PARKCHESTER DPS LLC,

        Defendant.

---------------------------------------------------------------x

Docket No.: 1:18-cv-00211 (JGK)

**NOTICE OF NAMED PLAINTIFF'S CONSENT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARD, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT**

PLEASE TAKE NOTICE that upon the annexed Declarations of Michael R. Minkoff, Esq. ("Minkoff Declaration") and Jennifer Mills of Rust Consulting, Inc. ("Rust"), and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiff Eric Fitzpatrick will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Minkoff Declaration;

2) Authorizing the distribution of settlement checks to all Class Members who did not properly and timely opt-out of the settlement (of whom there were none), representing their respective shares of the Settlement Fund;

3) Awarding a Service Award to the Named Plaintiff in the amount of $20,000.00;

1

4) Awarding attorneys' fees in the amount of $234,509.28, for legal services performed in prosecuting and settling the claims in this action, to Class Counsel, Borrelli & Associates, P.L.L.C.;

5) Awarding $4,276.99 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $14,971.00 for claims administration fees and costs to Rust;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement (of which there were none); and

8) Dismissing this action against Defendant with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement and over the administration and distribution of the settlement fund.

Dated: New York, New York
       May 15, 2020

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff and Class*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.   (212) 679–5000
Fax.   (212) 679-5005

By: _____
Michael R. Minkoff, Esq. (MM 4787)
Alexander T. Coleman, Esq. (AC 1717)
Michael J. Borrelli, Esq. (MB 8533)