UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ERIC FITZPATRICK,

              Plaintiff,         18cv211 (JGK)

    - against -             ORDER

PARKCHESTER DEPARTMENT OF PUBLIC
SAFETY, LLC,

             Defendant.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should advise the Court promptly whether any figures in paragraph 6(c) or any other paragraph change as a result of the increased fees to Rust, which are now $16,081.00. The parties should submit a final, corrected copy of the order for the Court's signature together with a blackline version showing changes from ECF No. 50-5.

**SO ORDERED.**

**Dated:**    New York, New York
            June 18, 2020          /s/ John G. Koeltl
                                               John G. Koeltl
                                   United States District Judge